IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; and STATE OF MONTANA, *ex rel.* MAX BAUER, JR. And ERIC BAUER,<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>ALLIED WASTE SERVICES OF NORTH AMERICA, d/b/a REPUBLIC SERVICES OF MONTANA,<br><br>Defendants. | CV 23-29-M-DLC-KLD<br><br>ORDER |

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3703(b)(4)(B). Accordingly,

IT IS ORDERED that:

1. The Second Amended Complaint (Doc. 14) be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The United States' Notice of Election to Decline Intervention (Doc. 15), which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United Staes; and that

7. Should the relator or the defendant propose that this action be dismiss, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before the ruling or granting its approval.

DATED this 16th day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge