UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; and STATE OF MONTANA, | Case No. CV-23-29-M-KLD |
| ex rel. MAX BAUER, JR. and ERIC BAUER, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| vs. | |
| ALLIED WASTE SERVICES OF NORTH AMERICA, LLC, dba REPUBLIC SERVICES OF MONTANA, | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered.

Dated this 11th day of May, 2026

TYLER P. GILMAN, CLERK


By:   /s/ Annie Puhrmann
      Deputy Clerk