IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA; and STATE OF MONTANA, *ex rel.* MAX BAUER, JR. and ERIC BAUER, <br><br> Plaintiffs/Relators, <br><br> vs. <br><br> ALLIED WASTE SERVICES OF NORTH AMERICA, d/b/a REPUBLIC SERVICES OF MONTANA, <br><br> Defendant. | CV 23-29-M-KLD <br><br><br> ORDER |

Defendant Allied Waste Services of North America, LLC, d/b/a Republic Services of Montana has filed an unopposed motion for an extension of time to file a response brief to Plaintiffs' alternative motion under Rules 60(a) and 59(e). (Doc. 44). Accordingly,

IT IS ORDERED that Defendant's motion (Doc. 44) is GRANTED. Defendant shall file its response to Plaintiffs' motion (Doc. 42) on or before June 15, 2026.

DATED this 9th day of June, 2026.

Kathleen L. DeSoto
United States Magistrate Judge